UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Nicholas J. Crupie, Lisa A. Crupie | | |
| | Debtors(s) | |
| Toyota Motor Credit Corporation | | BK NO. 19-23700-cmb |
| | Movant | |
| v. | | CHAPTER 13 |
| Nicholas J. Crupie, Lisa A. Crupie | | |
| | Respondent | |
| and | | |
| Ronda J Winnecour | | |
| | Additional Respondent | |

# CERTIFICATE OF NO OBJECTION OR RESPONSE REGARDING MOTION OF TOYOTA MOTOR CREDIT CORPORATION FOR RELIEF FROM THE AUTOMATIC STAY

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay, filed on January 12, 2021 at Doc. No. 57 and served on the Respondents herein, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the motion appears thereon. Pursuant to the Notice of Hearing, objections to the motion were to be filed and served no later than January 29, 2021.

It is hereby respectfully requested that the Order attached to the Movant's Motion for Relief from the Automatic Stay be entered by the Court.


Date: February 1, 2021


/s/ *Robert Wendt*, Esquire
By: Robert Wendt, Esquire
rwendt@leopoldassociates.com
Attorney ID No. 89150
Leopold & Associates, PLLC
80 Business Park Drive, Suite 110
Armonk, New York 10504
(914)-219-5787
Attorney for Movant

Case 19-23700-CMB    Doc 61    Filed 02/01/21    Entered 02/01/21 16:26:23    Desc Main
Document      Page 2 of 2