UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Nicholas J. Crupie, Lisa A. Crupie<br><br>                                    Debtors(s) | |
| Toyota Motor Credit Corporation<br>                                    Movant | BK NO. 19-23700-cmb |
| v.<br>Nicholas J. Crupie, Lisa A. Crupie<br>                                    Respondent<br>and<br>Ronda J Winnecour<br>                                    Additional Respondent | CHAPTER 13<br><br>re doc. 57<br><br>**ENTERED BY DEFAULT** |

**ORDER TERMINATING AUTOMATIC STAY**

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation , reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C.§362(d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and assigns to sell, lease and otherwise dispose of the 2018 Toyota 4Runner with VIN #JTEBU5JR4J5491194 in a commercially reasonable manner.

Signed this   2nd   day of   February  , 2021

cc See attached service list

Carlota M. Böhm
Chief United States Bankruptcy Court Judge

Nicholas J. Crupie

Debtor
161 Janyce Drive
Greensburg, PA 15601

Lisa A. Crupie
Joint Debtor
161 Janyce Drive
Greensburg, PA 15601

Brian J. Bleasdale
Attorney for Debtors
Emerson Professional Building
101 Emerson Avenue
Aspinwall, PA 15215

Ronda J. Winnecour
Chapter 13 Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

U.S. Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Leopold & Associates, PLLC
80 Business Park Drive, Suite 100
Armonk, NY 10504

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Nicholas J. Crupie, Lisa A. Crupie <br>                            Debtors(s) | |
| Toyota Motor Credit Corporation <br>                            Movant | BK NO. 19-23700-cmb |
| v. <br> Nicholas J. Crupie, Lisa A. Crupie <br>                            Respondent <br> and <br> Ronda J Winnecour <br>                            Additional Respondent | CHAPTER 13 |

**ORDER TERMINATING AUTOMATIC STAY**

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation , reviewed the file herein and upon no response objecting to the motion having been timely filed, and upon Movant's certification of service and certification of no objection, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C.§362(d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and assigns to take possession and sell, lease, and otherwise dispose of the 2018 Toyota 4Runner with VIN #JTEBU5JR4J5491194 in a commercially reasonable manner. The stay provide by Bankruptcy Rule 4001(a)(3) is waived.

Signed this        day of              , 2020

                                                      _____
                                                      United States Bankruptcy Judge

cc See attached service list

Nicholas J. Crupie
Debtor

161 Janyce Drive
Greensburg, PA 15601

Lisa A. Crupie
Joint Debtor
161 Janyce Drive
Greensburg, PA 15601

Brian J. Bleasdale
Attorney for Debtors
Emerson Professional Building
101 Emerson Avenue
Aspinwall, PA 15215

Ronda J. Winnecour
Chapter 13 Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

U.S. Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Leopold & Associates, PLLC
80 Business Park Drive, Suite 100
Armonk, NY 10504

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-23700-CMB |
| Nicholas J. Crupie | Chapter 13 |
| Lisa A. Crupie | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dsaw | Page 1 of 2 |
| Date Rcvd: Feb 02, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Nicholas J. Crupie, Lisa A. Crupie, 161 Janyce Drive, Greensburg, PA 15601-3946 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2021    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Community Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Brian J. Bleasdale | on behalf of Debtor Nicholas J. Crupie bleasdb@yahoo.com |
| Brian J. Bleasdale | on behalf of Joint Debtor Lisa A. Crupie bleasdb@yahoo.com |
| Maria Miksich | on behalf of Creditor Community Loan Servicing  LLC mmiksich@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor Bayview Loan Servicing  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |

Office of the United States Trustee

District/off: 0315-2 | User: dsaw | Page 2 of 2
Date Rcvd: Feb 02, 2021 | Form ID: pdf900 | Total Noticed: 1

    ustpregion03.pi.ecf@usdoj.gov

Robert P. Wendt
    on behalf of Creditor TOYOTA MOTOR CREDIT CORPORATION pawb@fedphe.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Thomas Song
    on behalf of Creditor Bayview Loan Servicing LLC pawb@fedphe.com

William E. Craig
    on behalf of Creditor Americredit Financial Services Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 11