**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

03/02/2021

IN RE:

NICHOLAS J. CRUPIE
LISA A. CRUPIE
161 JANYCE DRIVE
GREENSBURG, PA 15601
XXX-XX-8791           Debtor(s)

XXX-XX-5329

Case No.19-23700 CMB

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

3/2/2021

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: LOWES/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 5517 |
| **AMERICREDIT FINANCIAL SVCS DBA GM FINAN**<br>ATTN BANKRUPTCY NOTICING<br>PO BOX 183853<br>ARLINGTON, TX  76096 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **AMERICREDIT FINANCIAL SVCS INC DBA GM FI**<br>PO BOX 183853<br>ARLINGTON, TX  76096 | Trustee Claim Number: 3   INT %: 3.00%<br>Court Claim Number: 2<br>CLAIM: 15,000.00<br>COMMENT: $@3%/CONF*10040@0%/PL*W/32*DKT | CRED DESC: VEHICLE<br>ACCOUNT NO.: 9079 |
| **COMMUNITY LOAN SERVICING LLC**<br>ATTN CASHIERING DEPT<br>4425 PONCE DE LEON BLVD 5TH FL<br>CORAL GABLES, FL  33146 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number: 21<br>CLAIM: 0.00<br>COMMENT: 2266.51/PL@US BK HM MTG*2259.75x(60+2)=LMT*BGN 10/19*FR BAYVIEW-DOC 51 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 9411 |
| **AMERICAN EXPRESS NATIONAL BANK**<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA  19355-0701 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 13,083.92<br>COMMENT: 6713/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1001 |
| **AMERICAN EXPRESS NATIONAL BANK**<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA  19355-0701 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 11,280.50<br>COMMENT: 9863/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2004 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 18,954.40<br>COMMENT: CROSS RIVER BANK/BEST EGG*FR RCS-DOC 33 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2962 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 7,326.84<br>COMMENT: CROSS RIVER BANK/BEST EGG*FR RCS-DOC 32 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2921 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN IN**<br>PO BOX 71083<br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 7,148.59<br>COMMENT: HSBC | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9020 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN IN**<br>PO BOX 71083<br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 2,496.72<br>COMMENT: HSBC | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9887 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **QUANTUM3 GROUP LLC AGNT - COMENITY BANK**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: 14 | CLAIM: 200.04<br>COMMENT: THE BUCKLE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1993 |
| **COMENITY BANK**<br>PO BOX 182272<br>COLUMBUS, OH 43218 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR~LEGENDARY PINE/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6405 |
| **COMENITY BANK**<br>PO BOX 182272<br>COLUMBUS, OH 43218 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR~PIER ONE/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7734 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BANK**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: 13 | CLAIM: 170.39<br>COMMENT: VCTRS SCRT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5402 |
| **GOLDMAN SACHS BANK USA**<br>C/O MARCUS BY GOLDMAN SACHS<br>PO BOX 7247<br>LOCKBOX 6104<br>PHILADELPHIA, PA 19170 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: 19 | CLAIM: 10,361.42<br>COMMENT: LN DTD 4/20/17*NO LST PMT DT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2241 |
| **MARINER FINANCE LLC**<br>8211 TOWN CENTER DR<br>NOTTINGHAM, MD 21236 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: 22 | CLAIM: 3,838.60<br>COMMENT: X5612/SCH*NO PAYMENT EVER*6/19 LOAN | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1856 |
| **ECMC(\*)**<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN 55116-0478 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: 18 | CLAIM: 18,329.08<br>COMMENT: X0825/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8791 |
| **NISSAN MOTOR ACCEPTANCE CORP**<br>8900 FREEPORT PKWY<br>IRVING, TX 75063 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: LEASE DFNCY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3018 |
| **ONE MAIN FINANCIAL GROUP LLC(\*)**<br>PO BOX 3251<br>EVANSVILLE, IN 47731-3251 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: 1 | CLAIM: 6,445.76<br>COMMENT: LOAN BGN 6/13/18*INSUFF POD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6422 |
| **PA STATE EMPLOYEES CU/PSECU**<br>POB 67013<br>HARRISBURG, PA 17106-7013 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: 7 | CLAIM: 1,748.74<br>COMMENT: 1418/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5329 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **CITIBANK NA**** 6716 GRADE LN BLDG 9 STE 910-PY DEPT LOUISVILLE, KY 50325-3439 | Trustee Claim Number: 21  INT %: 0.00% Court Claim Number: 17 CLAIM: 4,259.24 COMMENT: SYWR MC | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 6853 |
| **JEFFERSON CAPITAL SYSTEMS LLC*** PO BOX 772813 CHICAGO, IL 60677-2813 | Trustee Claim Number: 22  INT %: 0.00% Court Claim Number: 11 CLAIM: 378.51 COMMENT: AMAZON*SYNCHRONY*REF 3513247229 | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 3198 |
| **SYNCHRONY BANK** C/O PRA RECEIVABLES MANAGEMENT LLC PO BOX 41031 NORFOLK, VA 23541 | Trustee Claim Number: 23  INT %: 0.00% Court Claim Number: 12 CLAIM: 161.90 COMMENT: GEMB/GECRB/LOWE'S | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 5517 |
| **JEFFERSON CAPITAL SYSTEMS LLC*** PO BOX 772813 CHICAGO, IL 60677-2813 | Trustee Claim Number: 24  INT %: 0.00% Court Claim Number: 15 CLAIM: 209.97 COMMENT: TJX*SYNCHRONY*REF 3513221684 | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 8060 |
| **TOYOTA LEASE TRUST** C/O TOYOTA MOTOR CREDIT CORP PO BOX 9490 CEDAR RAPIDS, IA 52409-9490 | Trustee Claim Number: 25  INT %: 0.00% Court Claim Number: 8 CLAIM: 10,241.85 COMMENT: RS/OE*CL8GOVS*537/MO@SCH G*PMT/CL X 15 REM MOS/PL*17 MOS REM x PMT/( | CRED DESC: PRIORITY CREDITOR ACCOUNT NO.: B839 |
| **COMMUNITY LOAN SERVICING LLC** ATTN CASHIERING DEPT 4425 PONCE DE LEON BLVD 5TH FL CORAL GABLES, FL 33146 | Trustee Claim Number: 26  INT %: 0.00% Court Claim Number: 21 CLAIM: 6,303.36 COMMENT: 7k/PL@US BK HM MTG*THRU 9/19*FR BAYVIEW-DOC 51 | CRED DESC: MORTGAGE ARR. ACCOUNT NO.: 9411 |
| **ALDRIDGE PITE LLP** 4375 JUTLAND DR STE 200 PO BOX 17933 SAN DIEGO, CA 92177-0933 | Trustee Claim Number: 27  INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: BAYVIEW LN/PRAE | CRED DESC: NOTICE ONLY ACCOUNT NO.: |
| **VERIZON BY AMERICAN INFOSOURCE AS AGEN** PO BOX 4457 HOUSTON, TX 77210-4457 | Trustee Claim Number: 28  INT %: 0.00% Court Claim Number: 16 CLAIM: 1,225.93 COMMENT: NT/SCH*INSUFF POD | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 0001 |
| **PINNACLE SERVICE SOLUTIONS LCC** 4408 MILESTRIP RD #247 BLASDELL, NY 14219 | Trustee Claim Number: 29  INT %: 0.00% Court Claim Number: 20 CLAIM: 2,495.63 COMMENT: NT/SCH*CASHNET*INSUFF POD~EMAILED | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 7434 |
| **S JAMES WALLACE ESQ**** GRB LAW 437 GRANT ST 14TH FL PITTSBURGH, PA 15219-6107 | Trustee Claim Number: 30  INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: PEOPLES/PRAE | CRED DESC: NOTICE ONLY ACCOUNT NO.: |

| | | |
|---|---|---|
| **KML LAW GROUP PC*** | Trustee Claim Number:31  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 701 MARKET ST STE 5000 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  COMMUNITY LN/PRAE | |
| **AMERICREDIT FINANCIAL SVCS INC DBA GM FII** | Trustee Claim Number:32  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 183853 | Court Claim Number:2 | ACCOUNT NO.:  9079 |
| | CLAIM:  648.17 | |
| ARLINGTON, TX  76096 | COMMENT:  CL BAL AFT STIP OE*W/3 | |