IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| Nicholas J. Crupie ) | Case No.: 19-23700 CMB |
| Lisa A. Crupie ) | Chapter 13 |
|     Debtor(s) ) | |
| _____) | |
| Ronda J. Winnecour, Chapter 13 ) | Related to Claim No. 20 |
| Trustee, ) | |
|     Movant, ) | |
|       Vs. ) | |
| Pinnacle Service Solutions, LLC ) | |
|     Respondent(s) ) | |

## CERTIFICATE OF SERVICE

    I hereby certify that on the date shown below, I served a true and correct copy of the Court Order filed at Document number 68 upon the following, by regular United States mail, postage prepaid:

Joseph S. Sisca, Esquire
Assistant U.S. Trustee
1001 Liberty Avenue, Suite 970
Pittsburgh, PA  15222

Brian J. Bleasdale, Esquire
Bleasdale Law Office PC
Emerson Professional Building
101 Emerson Avenue
Pittsburgh, PA  15215

Pinnacle Service Solutions LLC
Attn: Jordan Elizabeth Winsor
4408 Milestrip Road #247
Blasdell, NY  14219


<u>5/14/2021</u>                                                      /s/Renee Ward
Date                                                       Administrative Assistant
                                                          Office of the Chapter 13 Trustee
                                                          US Steel Tower – Suite 3250
                                                          600 Grant Street
                                                          Pittsburgh, PA  15219
                                                          (412) 471-5566
                                                          cmecf@chapter13trusteewdpa.com