IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>Nicholas J. Crupie<br>Lisa A. Crupie<br><br>　　Debtor(s).<br><br>RONDA J. WINNECOUR,<br>Chapter 13 Standing Trustee,<br><br>　　Movant,<br><br>　　vs.<br><br>Pinnacle Service Solutions LLC<br><br>　　Respondent(s). | Case No. 19-23700CMB<br><br>Chapter 13<br><br>Related to: Claim No 20<br><br>Related to: Document No. 65<br><br>**ENTERED BY DEFAULT** |

ORDER OF COURT

AND NOW, this __14th__ day of __May__, 2021 upon consideration of the Trustee's Objection to Claim No. 20 and any responses thereto, it is hereby ORDERED that:

(a) Claim Number 20 filed by the above captioned Respondent is disallowed in its entirety; and No fees, costs or charges shall be allowed for defending this objection.

BY THE COURT:

*Carlota M. Böhm*  glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
5/14/21 1:50 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Nicholas J. Crupie  
Lisa A. Crupie  
    Debtors

Case No. 19-23700-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: gamr     Page 1 of 2  
Date Rcvd: May 14, 2021     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2021:**

**Recip ID**     **Recipient Name and Address**  
db/jdb     + Nicholas J. Crupie, Lisa A. Crupie, 161 Janyce Drive, Greensburg, PA 15601-3946

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2021     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2021 at the address(es) listed below:

**Name**     **Email Address**

Brian Nicholas  
    on behalf of Creditor Community Loan Servicing  LLC bnicholas@kmllawgroup.com

Brian J. Bleasdale  
    on behalf of Debtor Nicholas J. Crupie bleasdb@yahoo.com

Brian J. Bleasdale  
    on behalf of Joint Debtor Lisa A. Crupie bleasdb@yahoo.com

Maria Miksich  
    on behalf of Creditor Community Loan Servicing  LLC mmiksich@kmllawgroup.com

Mario J. Hanyon  
    on behalf of Creditor Bayview Loan Servicing  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Office of the United States Trustee  
    ustpregion03.pi.ecf@usdoj.gov

| | | |
|---|---|---|
| District/off: 0315-2 | User: gamr | Page 2 of 2 |
| Date Rcvd: May 14, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Robert P. Wendt
    on behalf of Creditor TOYOTA MOTOR CREDIT CORPORATION pawb@fedphe.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Thomas Song
    on behalf of Creditor Bayview Loan Servicing LLC pawb@fedphe.com

William E. Craig
    on behalf of Creditor Americredit Financial Services Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 11