**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 19-23700-CMB |
| | : | |
| Nicholas J. Crupie and | : | Chapter 13 |
| Lisa A. Crupie, | : | |
| | : | |
| Debtors. | : | |
| _____ | : | |
| | : | |
| Nicholas J. Crupie and | : | |
| Lisa A. Crupie, | : | |
| | : | |
| Movants, | : | |
| | : | |
| v. | : | |
| | : | |
| Community Loan Servicing, LLC | : | |

### DECLARATION REGARDING MONTHLY MORTGAGE PAYMENT CHANGE

**AND NOW**, come the Debtors, Nicholas J. Crupie and Lisa A. Crupie, by and through their attorney, Brian J. Bleasdale, Esquire, of the Bleasdale Law Office, PC, and file the within Declaration Regarding Monthly Mortgage Payment Change, and in support of aver as follows:

1.  The Debtors, Nicholas J. Crupie and Lisa A. Crupie, are adult individuals presently residing at 161 Janyce Drive, Greensburg, PA 15601.

2.  Counsel for the Debtors is Brian J. Bleasdale, Esquire, of the Bleasdale Law Office, P.C.

3.  The mortgage company for Debtors' residence is Community Loan Servicing, LLC.

4.  The new post-petition monthly payment payable to Community Loan Servicing, LLC is $2,273.14 effective February 1, 2022, per the Notice of Mortgage Payment Change dated January 7, 2022.

5.       Debtors' counsel has reviewed the existing plan, recomputed the plan payment, and

finds that the existing payment is sufficient to fund the plan.

Respectfully submitted,

Date:  February 9, 2022                  By: /s/ Brian J. Bleasdale
                                         Brian J. Bleasdale
                                         BLEASDALE LAW OFFICE, PC
                                         Emerson Professional Building
                                         101 Emerson Avenue
                                         Aspinwall, PA 15215
                                         Tel: 412-726-7713
                                         Fax: 412-404-8958
                                         bbleasdale@bleasdalelaw.com