IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| Nicholas J Crupie ) | Case No. 19-23700CMB |
| Lisa S Crupie ) | Chapter 13 |
| Debtor(s) ) | |
| ) | |
| Ronda J. Winnecour, ) | Re. Doc. 74 |
| Chapter 13 Trustee ) | |
| ) | |
| Movant(s) ) | |
| ) | |
| vs. ) | |
| ) | |
| Community Loan Servicing LLC ) | |
| ) | |
| Respondent(s) ) | |

## WITHDRAWAL OF TRUSTEE'S NOTICE THAT MORTGAGE CLAIM HAS BEEN PAID IN FULL

The Trustee's Notice That Mortgage Claim Has Been Paid in Full that was filed in the above-referenced case on August 16, 2022 (document #74) is hereby WITHDRAWN.

                                                    Respectfully submitted

8/18/2022                                          /s/ Ronda J. Winnecour

                                                    Ronda J. Winnecour (PA I.D. #30399)
                                                    Attorney and Chapter 13 Trustee
                                                    U.S. Steel Tower – Suite 3250
                                                    600 Grant Street
                                                    Pittsburgh, PA  15219
                                                    (412) 471-5566
                                                    cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| Nicholas J Crupie | ) | Case No. 19-23700CMB |
| Lisa S Crupie | ) | Chapter 13 |
|     Debtor(s) | ) | |
| | ) | |
| Ronda J. Winnecour, | ) | Re. Doc. 74 |
| Chapter 13 Trustee | ) | |
| | ) | |
|     Movant(s) | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Community Loan Servicing LLC | ) | |
| | ) | |
|     Respondent(s) | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of the foregoing pleading upon the following, by regular United States mail, postage prepaid:

NICHOLAS J. CRUPIE
LISA A. CRUPIE
161 JANYCE DRIVE
GREENSBURG, PA  15601

BRIAN J BLEASDALE ESQ
BLEASDALE LAW OFFICE PC
EMERSON PROFESSIONAL BUILDING
101 EMERSON AVE
PITTSBURGH, PA  15215

COMMUNITY LOAN SERVICING LLC
ATTN CASHIERING DEPT
4425 PONCE DE LEON BLVD 5TH FL
CORAL GABLES, FL  33146

KML LAW GROUP PC*
701 MARKET ST STE 5000
PHILADELPHIA, PA  19106

<u>8/18/2022</u>　　　　　　　　　　　　　　　　　　<u>/s/ Roberta Saunier</u>
date　　　　　　　　　　　　　　　　　　　　　　Office of the Chapter 13 Trustee
　　　　　　　　　　　　　　　　　　　　　　　　US Steel Tower – Suite 3250
　　　　　　　　　　　　　　　　　　　　　　　　600 Grant Street
　　　　　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA  15219
　　　　　　　　　　　　　　　　　　　　　　　　(412) 471-5566