## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | Case No. 19-23700-CMB |
| Nicholas J. Crupie and : <br> Lisa A. Crupie, : | Chapter 13 |
| Debtors. : | |
| Nicholas J. Crupie and : <br> Lisa A. Crupie, : | |
| Movants, : | |
| v. : | |
| Nationstar Mortgage LLC : | |

## DECLARATION REGARDING MONTHLY MORTGAGE PAYMENT CHANGE

**AND NOW**, come the Debtors, Nicholas J. Crupie and Lisa A. Crupie, by and through their attorney, Brian J. Bleasdale, Esquire, of the Bleasdale Law Office, PC, and file the within Declaration Regarding Monthly Mortgage Payment Change, and in support of aver as follows:

1. The Debtors, Nicholas J. Crupie and Lisa A. Crupie, are adult individuals presently residing at 161 Janyce Drive, Greensburg, PA 15601.

2. Counsel for the Debtors is Brian J. Bleasdale, Esquire, of the Bleasdale Law Office, P.C.

3. The mortgage company for Debtors' residence is Nationstar Mortgage LLC.

4. The new post-petition monthly payment payable to Nationstar Mortgage LLCLLC is $2,273.15 effective October 1, 2022, per the Notice of Mortgage Payment Change dated September 8, 2022.

5.  Debtors' counsel has reviewed the existing plan, recomputed the plan payment, and finds that the existing payment is sufficient to fund the plan.

Respectfully submitted,

Date: September 21, 2022

By: /s/ Brian J. Bleasdale
Brian J. Bleasdale
BLEASDALE LAW OFFICE, PC
Emerson Professional Building
101 Emerson Avenue
Aspinwall, PA 15215
Tel: 412-726-7713
Fax: 412-404-8958
bbleasdale@bleasdalelaw.com