IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | Case No. 19-23700-CMB |
| Nicholas J. Crupie ) | Chapter 13 |
| Lisa A. Crupie ) | |
|     Debtor(s) ) | Doc #_____ |
| Ronda J. Winnecour, Chapter 13 Trustee ) | |
|     Movant(s) ) | |
|     vs. ) | |
| Nicholas J. Crupie ) | |
| Lisa A. Crupie ) | |
|     Respondent(s) ) | |

NOTICE OF HEARING ON MOTION OF TRUSTEE FOR DISMISSAL

[Not for publication by any newspaper creditor]

TO ALL PARTIES IN INTEREST:

Notice is hereby given pursuant to Bankruptcy Rule 1017 that the Trustee shall separately serve on the debtor(s) a Motion to Dismiss the Chapter 13 Case.

If no response is timely filed from any party of interest, the motion will be granted by default without a hearing. If a written response is timely filed, a hearing on the Trustee's motion will be held on **October 29, 2024 at 1:30 p.m. before Judge Carlota Böhm** in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania. Unless otherwise ordered, parties may also appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform ("Zoom"). To participate in the hearing via Zoom, use the following link no later than ten (10) minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191. Alternatively, connect with Zoom by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf. For questions regarding Zoom connection, contact Judge Böhm's Chambers at 412-644-4328.

Any party wishing to be heard at the hearing on the Trustee's Motion to Dismiss should file a written response on or before **September 30, 2024.**

| | |
|---|---|
| <u>9/11/24</u> | /s/ Ronda J. Winnecour |
| Date | Ronda J. Winnecour (PA I.D. #30399) |
| | Attorney and Chapter 13 Trustee |
| | U.S. Steel Tower – Suite 3250 |
| | 600 Grant Street |
| | Pittsburgh, PA  15219 |
| | (412) 471-5566 |
| | cmecf@chapter13trusteewdpa.com |

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Nicholas J. Crupie  
Lisa A. Crupie  
    Debtors

Case No. 19-23700-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4  
Date Rcvd: Sep 12, 2024      Form ID: pdf900      Total Noticed: 47

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Nicholas J. Crupie, Lisa A. Crupie, 161 Janyce Drive, Greensburg, PA 15601-3946 |
| cr | | TOYOTA MOTOR CREDIT CORPORATION, PO Box 829009, Dallas, TX 75382-9009 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 13 2024 00:03:00 | Americredit Financial Services, Inc. Dba GM Financ, P.O Box 183853, Arlington, TX 76096-3853 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 13 2024 00:03:00 | Americredit Financial Services, Inc., d/b/a GM Fin, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| cr | + | Email/Text: ecfbnc@aldridgepite.com | Sep 13 2024 00:03:00 | Bayview Loan Servicing, LLC, ALDRIDGE PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 13 2024 00:08:29 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Sep 13 2024 00:03:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15135645 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 13 2024 00:03:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 15126545 | + | Email/PDF: bncnotices@becket-lee.com | Sep 13 2024 00:08:21 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 15140697 | | Email/PDF: bncnotices@becket-lee.com | Sep 13 2024 00:08:21 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15164909 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Sep 13 2024 00:03:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1837 |
| 15126546 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Sep 13 2024 00:07:38 | Best Egg/SST, 4315 Pickett Road, Saint Joseph, MO 64503-1600 |
| 15126547 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 13 2024 00:08:49 | Capital One Bank USA, N.A., 15000 Capital One Drive, Richmond, VA 23238 |
| 15139733 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 13 2024 00:09:01 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15163085 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 13 2024 00:07:50 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 12, 2024 | Form ID: pdf900 | Total Noticed: 47 |

| | | | | |
|---|---|---|---|---|
| 15126548 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Sep 13 2024 00:03:00 | Comenity Bank/Buckle, P.O. Box 182789, Columbus, OH 43218-2789 |
| 15126549 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Sep 13 2024 00:03:00 | Comenity Bank/Legendary Pine, P.O. Box 182789, Columbus, OH 43218-2789 |
| 15126550 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Sep 13 2024 00:03:00 | Comenity Bank/Pier One, P.O. Box 182789, Columbus, OH 43218-2789 |
| 15126551 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Sep 13 2024 00:03:00 | Comenitybank/Victorias, P.O. Box 182789, Columbus, OH 43218-2789 |
| 15301443 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | | Sep 13 2024 00:03:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 15163521 | | Email/Text: ECMCBKNotices@ecmc.org | | |
| | | | Sep 13 2024 00:03:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 15126552 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | | |
| | | | Sep 13 2024 00:03:00 | GM Financial, P.O. Box 181145, Arlington, TX 76096-1145 |
| 15126553 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | | |
| | | | Sep 13 2024 00:03:00 | GS Bank USA, P.O. Box 45400, Salt Lake City, UT 84145-0400 |
| 15164008 | ^ | MEBN | | |
| | | | Sep 12 2024 23:51:54 | Goldman Sachs Bank USA, c/o John D. Sadler, 1909 K Street NW, 12th Floor, Washington DC 20006-1152 |
| 15158940 | | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | | Sep 13 2024 00:04:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15184266 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Sep 13 2024 00:08:31 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15126554 | + | Email/Text: bankruptcy@marinerfinance.com | | |
| | | | Sep 13 2024 00:03:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15507310 | | Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | | Sep 13 2024 00:03:00 | Nationstar Mortgage LLC, c/o RightPath Servicing, PO Box 619096, Dallas, TX 75261-9741 |
| 15126556 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | | |
| | | | Sep 13 2024 00:03:00 | Nissan-Infiniti LT, 8900 Freeport Parkway, Irving, TX 75063 |
| 15126555 | + | Email/PDF: pa_dc_claims@navient.com | | |
| | | | Sep 13 2024 00:08:23 | Navient, P.O. Box 9500, Wilkes Barre, PA 18773-9500 |
| 15133551 | + | Email/PDF: cbp@omf.com | | |
| | | | Sep 13 2024 00:08:07 | ONEMAIN, P.O. Box 3251, Evansville, In. 47731-3251 |
| 15126557 | + | Email/PDF: cbp@omf.com | | |
| | | | Sep 13 2024 00:08:07 | One Main Financial, P.O. Box 1010, Evansville, IN 47706-1010 |
| 15126558 | | Email/Text: bankruptcynotices@psecu.com | | |
| | | | Sep 13 2024 00:04:00 | PSECU, P.O. Box 67013, Harrisburg, PA 17106-7013 |
| 15164131 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Sep 13 2024 00:07:48 | Pinnacle Service Solutions LLC, 4408 Milestrip Rd, #247, Blasdell NY 14219-2553 |
| 15160057 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Sep 13 2024 00:03:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15154194 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Sep 13 2024 00:07:48 | Resurgent Capital Services as servicing agent for, Best Egg, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15711926 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | | Sep 13 2024 00:03:00 | Rushmore Loan Servicing, PO Box 619096, Dallas, TX 75261-9096 |
| 15126559 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Sep 13 2024 00:19:56 | Sears/CBNA, P.O. Box 6217, Sioux Falls, SD 57117-6217 |
| 15126560 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Sep 13 2024 00:20:17 | Syncb/Amazon, P.O. Box 965015, Orlando, FL |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 32896-5015 |
| 15126561 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 13 2024 00:19:43 | Syncb/Lowes, P.O. Box 956005, Orlando, FL 32896-0001 |
| 15126562 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 13 2024 00:08:45 | Syncb/TJX Cos DC, P.O. Box 965015, Orlando, FL 32896-5015 |
| 15159781 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 13 2024 00:08:53 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15126686 | ^ | MEBN | Sep 12 2024 23:52:12 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15148088 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Sep 13 2024 00:03:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15126563 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Sep 13 2024 00:03:00 | Toyota Motor Credit, P.O. Box 9786, Cedar Rapids, IA 52409-0004 |
| 15126564 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Sep 13 2024 00:03:00 | US Bank Home Mortgage, 4801 Frederica Street, Owensboro, KY 42301-7441 |
| 15161272 | | Email/PDF: ebn_ais@aisinfo.com | Sep 13 2024 00:07:45 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 45

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Community Loan Servicing, LLC |
| cr | | Nationstar Mortgage LLC |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | | Rushmore Loan Servicing |
| cr | * | LVNV Funding, LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15143313 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15184267 | * | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 4 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 14, 2024          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2024 at the address(es) listed below:

District/off: 0315-2 | User: auto | Page 4 of 4
Date Rcvd: Sep 12, 2024 | Form ID: pdf900 | Total Noticed: 47

| Name | Email Address |
| --- | --- |
| Brian J. Bleasdale | on behalf of Debtor Nicholas J. Crupie bleasdb@yahoo.com |
| Brian J. Bleasdale | on behalf of Joint Debtor Lisa A. Crupie bleasdb@yahoo.com |
| Christopher A. DeNardo | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper logsecf@logs.com |
| Christopher A. DeNardo | on behalf of Creditor Nationstar Mortgage LLC logsecf@logs.com |
| Denise Carlon | on behalf of Creditor Bayview Loan Servicing  LLC dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Community Loan Servicing  LLC dcarlon@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor Bayview Loan Servicing  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Michelle L. McGowan | on behalf of Creditor Nationstar Mortgage LLC mimcgowan@raslg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert P. Wendt | on behalf of Creditor TOYOTA MOTOR CREDIT CORPORATION pawb@fedphe.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Thomas Song | on behalf of Creditor Bayview Loan Servicing  LLC pawb@fedphe.com |
| William E. Craig | on behalf of Creditor Americredit Financial Services  Inc., d/b/a GM Financial wcraig@egalawfirm.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 14