Certificate Number: 14912-PAW-DE-038906960

Bankruptcy Case Number: 19-23700



14912-PAW-DE-038906960

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 26, 2024, at 1:58 o'clock PM EDT, Lisa Crupie completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: September 26, 2024    By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor