IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                              :      Case No. 19-23700-CMB
                                    :
    Nicholas J. Crupie             :      Chapter 13
    Lisa A. Crupie                 :
                                    :
        Debtors             :
_____        :
                                    :
    Nicholas J. Crupie             :
    Lisa A. Crupie                 :
                                    :
        Movants             :
                                    :
        vs.                 :
                                    :
    No Respondent                  :

**DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY**

1.    The Debtors have made all payments required by the Chapter 13 Plan.

2.    The Debtors are not required to pay any Domestic Support Obligations.

3.    The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4.    On September 26, 2024 at docket numbers 93 & 94 Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

    This Certification is being signed under penalty of perjury by Debtor's attorney. Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

Date: <u>November 12, 2024</u>

By:    Attorney for Movant/Applicant:
    <u>/s/ Brian J. Bleasdale, Esquire</u>
    Brian J. Bleasdale, Esquire
    PA I.D. # 90576
    Bleasdale Law Office, PC
    Emerson Professional Building
    101 Emerson Avenue
    Aspinwall, PA 15215
    (412) 726-7713
    bbleasdale@bleasdalelaw.com