| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Nicholas J. Crupie |
| Debtor 2 (Spouse, if filing) | Lisa A. Crupie |
| United States Bankruptcy Court for the : __WESTERN__ District of __Pennsylvania__ (State) | |
| Case number 19-23700-CMB | |

# Form 4100R
# Response to Notice of Final Cure           10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1:  Mortgage Information

**Name of creditor:** Nationstar Mortgage LLC                                   **Court claim no.** (if known): 21

**Last 4 digits** of any number you use to identify the debtor's account:   3066

**Property address:**   161 JANYCE DR , _____
                        Number        Street

                        GREENSBURG, PA 15601 _____
                        City                State    ZIP Code

### Part 2:  Prepetition Default Payments

*Check one:*

[X] Creditor agrees that the debtor(s) have paid in full amount required to cure the prepetition default on the creditor's claim

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:      $_____

### Part 3:  Postpetition Mortgage

*Check one:*

[X] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:     12/1/2024
                                                                MM/DD/YYYY

[ ] Creditor states that the debtors are not current on all postpetition payments consistent with § 1322 (b)(5) of the Bankruptcy Code, including all fees charges expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                                         (a) $_____
b. Total fees, charges, expenses, escrow and costs outstanding:                  + (b) $_____
c. Total. Add lines a and b.                                                          (c) $_____

Creditor asserts that the debtor(s) are contractually
obligated for the postpetition payment(s) that first became
due on:
                                                        MM/ DD/ YYYY

Form 4100R          **Response to Notice of Final Cure Payment**                          page 1

| Debtor 1 | Nicholas J. Crupie | | | Case number (if known) | 19-23700-CMB |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

[X]  all payments received;
[X]  all fees, costs, escrow, and expenses assessed to the mortgage; and
[X]  all amounts the creditor contends remain unpaid

### Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim**

*Check the appropriate box:*

[ ]  I am the creditor.
[X]  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X  /s/ Rosa Selmani
   Signature

Date 12/18/2024

Print  Rosa Selmani
       First Name    Middle Name    Last Name

Title  Authorized Agent

Company  Robertson, Anschutz, Schneid, Crane & Partners, PLLC

If different from the notice address listed on the proof of claim to which this response applies:

Address  425 Commerce Drive
         Suite 150
         Fort Washington, PA 19034
         855-225-6906

Contact

Email  rselmani@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on  December 18, 2024   I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Nicholas J. Crupie
161 Janyce Drive
Greensburg, PA 15601

Lisa A. Crupie
161 Janyce Drive
Greensburg, PA 15601

And via electronic mail to:

Brian J. Bleasdale
Emerson Professional Building
101 Emerson Avenue
Aspinwall, PA 15215

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222

By: /s/Jessica Norton

Email: jnorton@raslg.com