**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>NICHOLAS J. CRUPIE<br>LISA A. CRUPIE<br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>　　　　Movant<br>　　vs.<br>No Respondents. | Case No.:19-23700<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

  4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

　　**Wherefore**, the Trustee requests that the Court,

  1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
  2. Approve the Trustee's Report of Receipts and Disbursements,
  3. Terminate wage attachments,
  4. Revest property of the estate in the debtor(s), and
  5. Enter a final decree and close this case.

December 23, 2024

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 09/20/2019 and confirmed on 11/12/19. The case was subsequently Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 229,998.00 |
| Less Refunds to Debtor | 1,880.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 228,118.00 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 2,700.00 | |
|   Trustee Fee | 11,645.12 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 14,345.12 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   RUSHMORE SERVICING | 0.00 | 141,235.92 | 0.00 | 141,235.92 |
|     Acct: 3066 | | | | |
|   RUSHMORE SERVICING | 6,303.36 | 6,303.36 | 0.00 | 6,303.36 |
|     Acct: 3066 | | | | |
|   AMERICREDIT FINANCIAL SVCS INC DBA | 15,000.00 | 15,000.00 | 983.54 | 15,983.54 |
|     Acct: 9079 | | | | |
| | | | | 163,522.82 |
| **Priority** | | | | |
|   BRIAN J BLEASDALE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   NICHOLAS J. CRUPIE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   NICHOLAS J. CRUPIE | 1,880.00 | 1,880.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BLEASDALE LAW OFFICE PC | 2,700.00 | 2,700.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TOYOTA LEASE TRUST | 10,241.85 | 10,241.85 | 0.00 | 10,241.85 |
|     Acct: B839 | | | | |
| | | | | 10,241.85 |
| **Unsecured** | | | | |
|   AMERICAN EXPRESS NATIONAL BANK | 13,083.92 | 4,834.86 | 0.00 | 4,834.86 |
|     Acct: 1001 | | | | |
|   AMERICAN EXPRESS NATIONAL BANK | 11,280.50 | 4,168.44 | 0.00 | 4,168.44 |
|     Acct: 2004 | | | | |
|   LVNV FUNDING LLC | 18,954.40 | 7,004.16 | 0.00 | 7,004.16 |
|     Acct: 2962 | | | | |
|   LVNV FUNDING LLC | 7,326.84 | 2,707.47 | 0.00 | 2,707.47 |
|     Acct: 2921 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC | 7,148.59 | 2,641.60 | 0.00 | 2,641.60 |
|     Acct: 9020 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC | 2,496.72 | 922.60 | 0.00 | 922.60 |
|     Acct: 9887 | | | | |
|   QUANTUM3 GROUP LLC AGNT - COMENIT | 200.04 | 73.92 | 0.00 | 73.92 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 1993 | | | | |
| COMENITY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6405 | | | | |
| COMENITY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7734 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENIT | 170.39 | 62.96 | 0.00 | 62.96 |
| Acct: 5402 | | | | |
| GOLDMAN SACHS BANK USA | 10,361.42 | 3,828.83 | 0.00 | 3,828.83 |
| Acct: 2241 | | | | |
| MARINER FINANCE LLC | 3,838.60 | 1,418.47 | 0.00 | 1,418.47 |
| Acct: 1856 | | | | |
| ECMC(*) | 18,329.08 | 6,773.08 | 0.00 | 6,773.08 |
| Acct: 8791 | | | | |
| NISSAN MOTOR ACCEPTANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3018 | | | | |
| ONE MAIN FINANCIAL GROUP LLC(*) | 6,445.76 | 2,381.88 | 0.00 | 2,381.88 |
| Acct: 6422 | | | | |
| PA STATE EMPLOYEES CU/PSECU | 1,748.74 | 646.20 | 0.00 | 646.20 |
| Acct: 5329 | | | | |
| CITIBANK NA** | 4,259.24 | 1,573.91 | 0.00 | 1,573.91 |
| Acct: 6853 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 378.51 | 139.87 | 0.00 | 139.87 |
| Acct: 3198 | | | | |
| SYNCHRONY BANK BY AIS INFOSOURCE | 161.90 | 59.83 | 0.00 | 59.83 |
| Acct: 5517 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 209.97 | 77.59 | 0.00 | 77.59 |
| Acct: 8060 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 1,225.93 | 453.02 | 0.00 | 453.02 |
| Acct: 0001 | | | | |
| PINNACLE SERVICE SOLUTIONS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7434 | | | | |
| AMERICREDIT FINANCIAL SVCS INC DBA | 648.17 | 239.52 | 0.00 | 239.52 |
| Acct: 9079 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5517 | | | | |
| AMERICREDIT FINANCIAL SVCS DBA GM | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ALDRIDGE PITE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 40,008.21 |

TOTAL PAID TO CREDITORS                                                                        213,772.88

| TOTAL CLAIMED | |
|---|---:|
| PRIORITY | 10,241.85 |
| SECURED | 21,303.36 |
| UNSECURED | 108,268.72 |

Date: 12/23/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
   NICHOLAS J. CRUPIE
   LISA A. CRUPIE
        Debtor(s)

Ronda J. Winnecour
      Movant
    vs.
No Repondents.

Case No.:19-23700

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 19-23700-CMB
Nicholas J. Crupie  Chapter 13
Lisa A. Crupie
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 4
Date Rcvd: Dec 24, 2024     Form ID: pdf900     Total Noticed: 47

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Nicholas J. Crupie, Lisa A. Crupie, 161 Janyce Drive, Greensburg, PA 15601-3946 |
| cr | | TOYOTA MOTOR CREDIT CORPORATION, PO Box 829009, Dallas, TX 75382-9009 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 24 2024 22:08:00 | Americredit Financial Services, Inc. Dba GM Financ, P.O Box 183853, Arlington, TX 76096-3853 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 24 2024 22:08:00 | Americredit Financial Services, Inc., d/b/a GM Fin, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| cr | + | Email/Text: ecfbnc@aldridgepite.com | Dec 24 2024 22:08:00 | Bayview Loan Servicing, LLC, ALDRIDGE PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 24 2024 22:20:05 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Dec 24 2024 22:07:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15135645 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 24 2024 22:08:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 15126545 | + | Email/PDF: bncnotices@becket-lee.com | Dec 24 2024 22:19:53 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 15140697 | | Email/PDF: bncnotices@becket-lee.com | Dec 24 2024 22:20:08 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15164909 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Dec 24 2024 22:07:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1837 |
| 15126546 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Dec 24 2024 22:19:38 | Best Egg/SST, 4315 Pickett Road, Saint Joseph, MO 64503-1600 |
| 15126547 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 24 2024 22:19:56 | Capital One Bank USA, N.A., 15000 Capital One Drive, Richmond, VA 23238 |
| 15139733 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 24 2024 22:30:48 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15163085 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 24 2024 22:19:42 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |

Case 19-23700-CMB   Doc 105   Filed 12/26/24   Entered 12/27/24 00:13:23   Desc
Imaged Certificate of Notice   Page 7 of 9

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 24, 2024 | Form ID: pdf900 | Total Noticed: 47 |

| ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15126548 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 24 2024 22:08:00 | Comenity Bank/Buckle, P.O. Box 182789, Columbus, OH 43218-2789 |
| 15126549 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 24 2024 22:08:00 | Comenity Bank/Legendary Pine, P.O. Box 182789, Columbus, OH 43218-2789 |
| 15126550 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 24 2024 22:08:00 | Comenity Bank/Pier One, P.O. Box 182789, Columbus, OH 43218-2789 |
| 15126551 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 24 2024 22:08:00 | Comenitybank/Victorias, P.O. Box 182789, Columbus, OH 43218-2789 |
| 15301443 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 24 2024 22:07:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 15163521 | | Email/Text: ECMCBKNotices@ecmc.org | Dec 24 2024 22:08:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 15126552 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 24 2024 22:08:00 | GM Financial, P.O. Box 181145, Arlington, TX 76096-1145 |
| 15126553 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Dec 24 2024 22:08:00 | GS Bank USA, P.O. Box 45400, Salt Lake City, UT 84145-0400 |
| 15164008 | ^ | MEBN | Dec 24 2024 22:05:46 | Goldman Sachs Bank USA, c/o John D. Sadler, 1909 K Street NW, 12th Floor, Washington DC 20006-1152 |
| 15158940 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 24 2024 22:08:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15184266 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 24 2024 22:19:43 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15126554 | + | Email/Text: bankruptcy@marinerfinance.com | Dec 24 2024 22:07:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15507310 | | Email/Text: nsm_bk_notices@mrcooper.com | Dec 24 2024 22:07:00 | Nationstar Mortgage LLC, c/o RightPath Servicing, PO Box 619096, Dallas, TX 75261-9741 |
| 15126556 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Dec 24 2024 22:07:00 | Nissan-Infiniti LT, 8900 Freeport Parkway, Irving, TX 75063 |
| 15126555 | + | Email/PDF: bankruptcy_prod@navient.com | Dec 24 2024 22:19:52 | Navient, P.O. Box 9500, Wilkes Barre, PA 18773-9500 |
| 15133551 | + | Email/PDF: cbp@omf.com | Dec 24 2024 22:19:44 | ONEMAIN, P.O. Box 3251, Evansville, In. 47731-3251 |
| 15126557 | + | Email/PDF: cbp@omf.com | Dec 24 2024 22:20:04 | One Main Financial, P.O. Box 1010, Evansville, IN 47706-1010 |
| 15126558 | | Email/Text: bankruptcynotices@psecu.com | Dec 24 2024 22:09:00 | PSECU, P.O. Box 67013, Harrisburg, PA 17106-7013 |
| 15164131 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 24 2024 22:19:42 | Pinnacle Service Solutions LLC, 4408 Milestrip Rd, #247, Blasdell NY 14219-2553 |
| 15160057 | | Email/Text: bnc-quantum@quantum3group.com | Dec 24 2024 22:08:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15154194 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 24 2024 22:19:53 | Resurgent Capital Services as servicing agent for, Best Egg, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15711926 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 24 2024 22:07:00 | Rushmore Loan Servicing, PO Box 619096, Dallas, TX 75261-9096 |
| 15126559 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 24 2024 22:19:53 | Sears/CBNA, P.O. Box 6217, Sioux Falls, SD 57117-6217 |
| 15126560 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 24 2024 22:19:54 | Syncb/Amazon, P.O. Box 965015, Orlando, FL |

Case 19-23700-CMB    Doc 105    Filed 12/26/24    Entered 12/27/24 00:13:23    Desc
Imaged Certificate of Notice    Page 8 of 9

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 24, 2024 | Form ID: pdf900 | Total Noticed: 47 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 32896-5015 |
| 15126561 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 24 2024 22:19:43 | Syncb/Lowes, P.O. Box 956005, Orlando, FL 32896-0001 |
| 15126562 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 24 2024 22:30:54 | Syncb/TJX Cos DC, P.O. Box 965015, Orlando, FL 32896-5015 |
| 15159781 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 24 2024 22:30:52 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15126686 | ^ | MEBN | Dec 24 2024 22:04:41 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15148088 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Dec 24 2024 22:07:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15126563 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Dec 24 2024 22:08:00 | Toyota Motor Credit, P.O. Box 9786, Cedar Rapids, IA 52409-0004 |
| 15126564 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Dec 24 2024 22:08:00 | US Bank Home Mortgage, 4801 Frederica Street, Owensboro, KY 42301-7441 |
| 15161272 | | Email/PDF: ebn_ais@aisinfo.com | Dec 24 2024 22:19:55 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 45

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Community Loan Servicing, LLC |
| cr | | Nationstar Mortgage LLC |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | | Rushmore Loan Servicing |
| cr | * | LVNV Funding, LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15143313 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15184267 | * | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 4 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 26, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2024 at the address(es) listed below:

District/off: 0315-2 | User: auto | Page 4 of 4
Date Rcvd: Dec 24, 2024 | Form ID: pdf900 | Total Noticed: 47

| Name | Email Address |
|---|---|
| Brian J. Bleasdale | on behalf of Debtor Nicholas J. Crupie bleasdb@yahoo.com |
| Brian J. Bleasdale | on behalf of Joint Debtor Lisa A. Crupie bleasdb@yahoo.com |
| Christopher A. DeNardo | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper logsecf@logs.com |
| Christopher A. DeNardo | on behalf of Creditor Nationstar Mortgage LLC logsecf@logs.com |
| Denise Carlon | on behalf of Creditor Bayview Loan Servicing  LLC dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Community Loan Servicing  LLC dcarlon@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor Bayview Loan Servicing  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Michelle L. McGowan | on behalf of Creditor Nationstar Mortgage LLC mimcgowan@raslg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert P. Wendt | on behalf of Creditor TOYOTA MOTOR CREDIT CORPORATION pawb@fedphe.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Thomas Song | on behalf of Creditor Bayview Loan Servicing  LLC pawb@fedphe.com |
| William E. Craig | on behalf of Creditor Americredit Financial Services  Inc., d/b/a GM Financial wcraig@egalawfirm.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 14