**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Nicholas J. Crupie | Social Security number or ITIN  xxx–xx–8791 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Lisa A. Crupie | Social Security number or ITIN  xxx–xx–5329 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   19-23700-CMB

## Order of Discharge    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Nicholas J. Crupie                Lisa A. Crupie

2/11/25                **By the court:** Carlota M Bohm
                                        United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                **Chapter 13 Discharge**                page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-23700-CMB |
| Nicholas J. Crupie | Chapter 13 |
| Lisa A. Crupie | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Feb 11, 2025 | Form ID: 3180W | Total Noticed: 49 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Nicholas J. Crupie, Lisa A. Crupie, 161 Janyce Drive, Greensburg, PA 15601-3946 |
| cr | | TOYOTA MOTOR CREDIT CORPORATION, PO Box 829009, Dallas, TX 75382-9009 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Feb 12 2025 05:03:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 12 2025 00:22:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Feb 12 2025 05:03:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 12 2025 00:22:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PHINAMERI.COM | Feb 12 2025 05:03:00 | Americredit Financial Services, Inc. Dba GM Financ, P.O Box 183853, Arlington, TX 76096-3853 |
| cr | + | EDI: PHINAMERI.COM | Feb 12 2025 05:03:00 | Americredit Financial Services, Inc., d/b/a GM Fin, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| cr | + | Email/Text: ecfbnc@aldridgepite.com | Feb 12 2025 00:21:00 | Bayview Loan Servicing, LLC, ALDRIDGE PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| cr | + | EDI: PRA.COM | Feb 12 2025 05:03:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Feb 12 2025 00:21:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15135645 | | EDI: PHINAMERI.COM | Feb 12 2025 05:03:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 15126545 | + | Email/PDF: bncnotices@becket-lee.com | Feb 12 2025 00:28:31 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 15140697 | | Email/PDF: bncnotices@becket-lee.com | Feb 12 2025 00:28:30 | American Express National Bank, c/o Becket and |

| Recipient ID | Delivery Method | Date/Time | Address |
|---|---|---|---|
| | | | Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15164909 | + EDI: LCIBAYLN | Feb 12 2025 05:03:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1837 |
| 15126546 | + Email/PDF: MarletteBKNotifications@resurgent.com | Feb 12 2025 00:27:54 | Best Egg/SST, 4315 Pickett Road, Saint Joseph, MO 64503-1600 |
| 15126547 | EDI: CAPITALONE.COM | Feb 12 2025 05:03:00 | Capital One Bank USA, N.A., 15000 Capital One Drive, Richmond, VA 23238 |
| 15139733 | EDI: CAPITALONE.COM | Feb 12 2025 05:03:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15163085 | EDI: CITICORP | Feb 12 2025 05:03:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15126548 | + EDI: WFNNB.COM | Feb 12 2025 05:03:00 | Comenity Bank/Buckle, P.O. Box 182789, Columbus, OH 43218-2789 |
| 15126549 | + EDI: WFNNB.COM | Feb 12 2025 05:03:00 | Comenity Bank/Legendary Pine, P.O. Box 182789, Columbus, OH 43218-2789 |
| 15126550 | + EDI: WFNNB.COM | Feb 12 2025 05:03:00 | Comenity Bank/Pier One, P.O. Box 182789, Columbus, OH 43218-2789 |
| 15126551 | + EDI: WFNNB.COM | Feb 12 2025 05:03:00 | Comenitybank/Victorias, P.O. Box 182789, Columbus, OH 43218-2789 |
| 15301443 | + Email/Text: nsm_bk_notices@mrcooper.com | Feb 12 2025 00:21:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 15163521 | Email/Text: ECMCBKNotices@ecmc.org | Feb 12 2025 00:22:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 15126552 | + EDI: PHINAMERI.COM | Feb 12 2025 05:03:00 | GM Financial, P.O. Box 181145, Arlington, TX 76096-1145 |
| 15126553 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Feb 12 2025 00:21:00 | GS Bank USA, P.O. Box 45400, Salt Lake City, UT 84145-0400 |
| 15164008 | ^ MEBN | Feb 12 2025 00:06:39 | Goldman Sachs Bank USA, c/o John D. Sadler, 1909 K Street NW, 12th Floor, Washington DC 20006-1152 |
| 15158940 | EDI: JEFFERSONCAP.COM | Feb 12 2025 05:03:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15184266 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 12 2025 00:42:06 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15126554 | + Email/Text: bankruptcy@marinerfinance.com | Feb 12 2025 00:21:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15507310 | Email/Text: nsm_bk_notices@mrcooper.com | Feb 12 2025 00:21:00 | Nationstar Mortgage LLC, c/o RightPath Servicing, PO Box 619096, Dallas, TX 75261-9741 |
| 15126556 | Email/Text: NissanBKNotices@nationalbankruptcy.com | Feb 12 2025 00:21:00 | Nissan-Infiniti LT, 8900 Freeport Parkway, Irving, TX 75063 |
| 15126555 | + Email/PDF: bankruptcy_prod@navient.com | Feb 12 2025 00:29:00 | Navient, P.O. Box 9500, Wilkes Barre, PA 18773-9500 |
| 15133551 | + EDI: AGFINANCE.COM | Feb 12 2025 05:03:00 | ONEMAIN, P.O. Box 3251, Evansville, In. 47731-3251 |
| 15126557 | + EDI: AGFINANCE.COM | Feb 12 2025 05:03:00 | One Main Financial, P.O. Box 1010, Evansville, IN 47706-1010 |
| 15126558 | EDI: G2RSPSECU | Feb 12 2025 05:03:00 | PSECU, P.O. Box 67013, Harrisburg, PA 17106-7013 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15126558 | | Email/Text: bankruptcynotices@psecu.com | Feb 12 2025 00:22:00 | PSECU, P.O. Box 67013, Harrisburg, PA 17106-7013 |
| 15164131 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 12 2025 00:28:29 | Pinnacle Service Solutions LLC, 4408 Milestrip Rd, #247, Blasdell NY 14219-2553 |
| 15160057 | | EDI: Q3G.COM | Feb 12 2025 05:03:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15154194 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 12 2025 00:28:29 | Resurgent Capital Services as servicing agent for, Best Egg, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15711926 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 12 2025 00:21:00 | Rushmore Loan Servicing, PO Box 619096, Dallas, TX 75261-9096 |
| 15126559 | + | EDI: CITICORP | Feb 12 2025 05:03:00 | Sears/CBNA, P.O. Box 6217, Sioux Falls, SD 57117-6217 |
| 15126560 | + | EDI: SYNC | Feb 12 2025 05:03:00 | Syncb/Amazon, P.O. Box 965015, Orlando, FL 32896-5015 |
| 15126561 | + | EDI: SYNC | Feb 12 2025 05:03:00 | Syncb/Lowes, P.O. Box 956005, Orlando, FL 32896-0001 |
| 15126562 | + | EDI: SYNC | Feb 12 2025 05:03:00 | Syncb/TJX Cos DC, P.O. Box 965015, Orlando, FL 32896-5015 |
| 15159781 | + | EDI: AISACG.COM | Feb 12 2025 05:03:00 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15126686 | ^ | MEBN | Feb 12 2025 00:06:50 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15148088 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Feb 12 2025 00:21:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15126563 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Feb 12 2025 00:21:00 | Toyota Motor Credit, P.O. Box 9786, Cedar Rapids, IA 52409-0004 |
| 15126564 | + | EDI: USBANKARS.COM | Feb 12 2025 05:03:00 | US Bank Home Mortgage, 4801 Frederica Street, Owensboro, KY 42301-7441 |
| 15161272 | | EDI: AIS.COM | Feb 12 2025 05:03:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 50

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Community Loan Servicing, LLC |
| cr | | Nationstar Mortgage LLC |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | | Rushmore Loan Servicing |
| cr | * | LVNV Funding, LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15143313 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15184267 | * | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 4 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian J. Bleasdale | on behalf of Debtor Nicholas J. Crupie bleasdb@yahoo.com |
| Brian J. Bleasdale | on behalf of Joint Debtor Lisa A. Crupie bleasdb@yahoo.com |
| Christopher A. DeNardo | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper logsecf@logs.com |
| Christopher A. DeNardo | on behalf of Creditor Nationstar Mortgage LLC logsecf@logs.com |
| Denise Carlon | on behalf of Creditor Bayview Loan Servicing  LLC dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Community Loan Servicing  LLC dcarlon@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor Bayview Loan Servicing  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Michelle L. McGowan | on behalf of Creditor Nationstar Mortgage LLC mimcgowan@raslg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert P. Wendt | on behalf of Creditor TOYOTA MOTOR CREDIT CORPORATION pawb@fedphe.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Thomas Song | on behalf of Creditor Bayview Loan Servicing  LLC pawb@fedphe.com |
| William E. Craig | on behalf of Creditor Americredit Financial Services  Inc., d/b/a GM Financial wcraig@egalawfirm.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 14