IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>NICHOLAS J. CRUPIE<br>LISA A. CRUPIE<br>　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　　　Movant<br>vs.<br>No Repondents. | Case No.:19-23700<br><br>Chapter 13<br><br>Related to: Document No. 103<br><br>**ENTERED BY DEFAULT** |

ORDER OF COURT

AND NOW, this __11th__ day of __February__, 20_25_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

　(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

　(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

　(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

　(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

　(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

　(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

SIGNED
2/11/25 8:36 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_Carlota M. Böhm_   glb
Carlota M. Böhm
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Nicholas J. Crupie  
Lisa A. Crupie  
    Debtors

Case No. 19-23700-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4  
Date Rcvd: Feb 11, 2025      Form ID: pdf900      Total Noticed: 47

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Nicholas J. Crupie, Lisa A. Crupie, 161 Janyce Drive, Greensburg, PA 15601-3946 |
| cr | | TOYOTA MOTOR CREDIT CORPORATION, PO Box 829009, Dallas, TX 75382-9009 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 12 2025 00:21:00 | Americredit Financial Services, Inc. Dba GM Financ, P.O Box 183853, Arlington, TX 76096-3853 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 12 2025 00:21:00 | Americredit Financial Services, Inc., d/b/a GM Fin, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| cr | + | Email/Text: ecfbnc@aldridgepite.com | Feb 12 2025 00:21:00 | Bayview Loan Servicing, LLC, ALDRIDGE PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 12 2025 00:28:31 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Feb 12 2025 00:21:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15135645 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 12 2025 00:21:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 15126545 | + | Email/PDF: bncnotices@becket-lee.com | Feb 12 2025 00:41:37 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 15140697 | | Email/PDF: bncnotices@becket-lee.com | Feb 12 2025 00:28:31 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15164909 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Feb 12 2025 00:20:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1837 |
| 15126546 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Feb 12 2025 00:27:49 | Best Egg/SST, 4315 Pickett Road, Saint Joseph, MO 64503-1600 |
| 15126547 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 12 2025 00:29:00 | Capital One Bank USA, N.A., 15000 Capital One Drive, Richmond, VA 23238 |
| 15139733 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 12 2025 00:28:54 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15163085 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 12 2025 00:28:31 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |

Case 19-23700-CMB    Doc 109    Filed 02/13/25    Entered 02/14/25 00:29:53    Desc
Imaged Certificate of Notice    Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 11, 2025 | Form ID: pdf900 | Total Noticed: 47 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15126548 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 12 2025 00:22:00 | Comenity Bank/Buckle, P.O. Box 182789, Columbus, OH 43218-2789 |
| 15126549 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 12 2025 00:22:00 | Comenity Bank/Legendary Pine, P.O. Box 182789, Columbus, OH 43218-2789 |
| 15126550 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 12 2025 00:22:00 | Comenity Bank/Pier One, P.O. Box 182789, Columbus, OH 43218-2789 |
| 15126551 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 12 2025 00:22:00 | Comenitybank/Victorias, P.O. Box 182789, Columbus, OH 43218-2789 |
| 15301443 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 12 2025 00:21:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 15163521 | | Email/Text: ECMCBKNotices@ecmc.org | Feb 12 2025 00:22:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 15126552 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 12 2025 00:21:00 | GM Financial, P.O. Box 181145, Arlington, TX 76096-1145 |
| 15126553 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Feb 12 2025 00:21:00 | GS Bank USA, P.O. Box 45400, Salt Lake City, UT 84145-0400 |
| 15164008 | ^ | MEBN | Feb 12 2025 00:06:40 | Goldman Sachs Bank USA, c/o John D. Sadler, 1909 K Street NW, 12th Floor, Washington DC 20006-1152 |
| 15158940 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 12 2025 00:22:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15184266 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 12 2025 00:29:08 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15126554 | + | Email/Text: bankruptcy@marinerfinance.com | Feb 12 2025 00:21:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15507310 | | Email/Text: nsm_bk_notices@mrcooper.com | Feb 12 2025 00:21:00 | Nationstar Mortgage LLC, c/o RightPath Servicing, PO Box 619096, Dallas, TX 75261-9741 |
| 15126556 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Feb 12 2025 00:21:00 | Nissan-Infiniti LT, 8900 Freeport Parkway, Irving, TX 75063 |
| 15126555 | + | Email/PDF: bankruptcy_prod@navient.com | Feb 12 2025 00:29:20 | Navient, P.O. Box 9500, Wilkes Barre, PA 18773-9500 |
| 15133551 | + | Email/PDF: cbp@omf.com | Feb 12 2025 00:28:25 | ONEMAIN, P.O. Box 3251, Evansville, In. 47731-3251 |
| 15126557 | + | Email/PDF: cbp@omf.com | Feb 12 2025 00:41:20 | One Main Financial, P.O. Box 1010, Evansville, IN 47706-1010 |
| 15126558 | | Email/Text: bankruptcynotices@psecu.com | Feb 12 2025 00:22:00 | PSECU, P.O. Box 67013, Harrisburg, PA 17106-7013 |
| 15164131 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 12 2025 00:29:28 | Pinnacle Service Solutions LLC, 4408 Milestrip Rd, #247, Blasdell NY 14219-2553 |
| 15160057 | | Email/Text: bnc-quantum@quantum3group.com | Feb 12 2025 00:22:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15154194 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 12 2025 00:29:16 | Resurgent Capital Services as servicing agent for, Best Egg, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15711926 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 12 2025 00:21:00 | Rushmore Loan Servicing, PO Box 619096, Dallas, TX 75261-9096 |
| 15126559 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 12 2025 00:28:31 | Sears/CBNA, P.O. Box 6217, Sioux Falls, SD 57117-6217 |
| 15126560 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 12 2025 00:53:52 | Syncb/Amazon, P.O. Box 965015, Orlando, FL |

Case 19-23700-CMB  Doc 109  Filed 02/13/25  Entered 02/14/25 00:29:53  Desc
Imaged Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 11, 2025 | Form ID: pdf900 | Total Noticed: 47 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 32896-5015 |
| 15126561 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 12 2025 00:41:54 | Syncb/Lowes, P.O. Box 956005, Orlando, FL 32896-0001 |
| 15126562 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 12 2025 00:29:40 | Syncb/TJX Cos DC, P.O. Box 965015, Orlando, FL 32896-5015 |
| 15159781 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 12 2025 00:53:56 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15126686 | ^ | MEBN | Feb 12 2025 00:06:51 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15148088 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Feb 12 2025 00:21:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15126563 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Feb 12 2025 00:21:00 | Toyota Motor Credit, P.O. Box 9786, Cedar Rapids, IA 52409-0004 |
| 15126564 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Feb 12 2025 00:22:00 | US Bank Home Mortgage, 4801 Frederica Street, Owensboro, KY 42301-7441 |
| 15161272 | | Email/PDF: ebn_ais@aisinfo.com | Feb 12 2025 00:28:01 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 45

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Community Loan Servicing, LLC |
| cr | | Nationstar Mortgage LLC |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | | Rushmore Loan Servicing |
| cr | * | LVNV Funding, LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15143313 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15184267 | * | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 4 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 13, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian J. Bleasdale | on behalf of Debtor Nicholas J. Crupie bleasdb@yahoo.com |
| Brian J. Bleasdale | on behalf of Joint Debtor Lisa A. Crupie bleasdb@yahoo.com |
| Christopher A. DeNardo | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper logsecf@logs.com |
| Christopher A. DeNardo | on behalf of Creditor Nationstar Mortgage LLC logsecf@logs.com |
| Denise Carlon | on behalf of Creditor Bayview Loan Servicing LLC dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Community Loan Servicing LLC dcarlon@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor Bayview Loan Servicing LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Michelle L. McGowan | on behalf of Creditor Nationstar Mortgage LLC mimcgowan@raslg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert P. Wendt | on behalf of Creditor TOYOTA MOTOR CREDIT CORPORATION pawb@fedphe.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Thomas Song | on behalf of Creditor Bayview Loan Servicing LLC pawb@fedphe.com |
| William E. Craig | on behalf of Creditor Americredit Financial Services Inc., d/b/a GM Financial wcraig@egalawfirm.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 14